IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TIWANDA LOVELACE, Plaintiff, v. AMERIPRISE FINANCIAL, INC., Defendant. | **JUDGMENT IN A CIVIL CASE** Case No. 2:23-cv-00293-RJS-DBP Chief Judge Robert J. Shelby Chief Magistrate Judge Dustin B. Pead |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant.

SO ORDERED this 19th day of October 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge